**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 99-4750**

―――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

NORMAN WILFONG,

Defendant - Appellant.

―――――――――

Appeal from the United States District Court for the Western District of North Carolina, at Statesville. Richard L. Voorhees, District Judge. (CR-98-284-V)

―――――――――

Submitted: July 20, 2000          Decided: August 14, 2000

―――――――――

Before MURNAGHAN and WILKINS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Jeffrey S. Lisson, Winston-Salem, North Carolina, for Appellant. Mark T. Calloway, United States Attorney, Brian Lee Whisler, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Norman Wilfong appeals from sentences totaling 150 months following his two convictions for being a felon in possession of a firearm and/or ammunition, 18 U.S.C.A. § 922(g)(1) (West Supp. 2000). He claims on appeal that the district court plainly abused its discretion when it failed to delve deeper into the basis for ATF Agent Angarole's expert opinion and when it sustained the Government's objection to certain questions Wilfong's counsel asked on cross-examination after counsel amply explored the witness's motivation to lie. We have reviewed the record and find no plain error; we further find that Wilfong has failed to show that any error, if it occurred, affected his substantial rights. See United States v. Ford, 88 F.3d 1350, 1355 (4th Cir. 1996).

Accordingly, we affirm his convictions and sentences. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED